IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SEALED,<br>Defendant. | CASE. NO. 25-176 (RAM) |

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Digitally signed by
Maria Luz Diaz-Santiago
Date: 2025.04.03
18:24:14 -04'00'

## MOTION TO SEAL

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and respectfully states and prays as follows:

The present motion requests that this Court seal the accompanying Indictment because the defendant has not been arrested. The United States further requests that the Indictment remain under seal until the defendant is arrested.

For the reasons stated above, the United States asks that this Court issue an order directing that this case remain under seal until the defendant is arrested.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 3rd day of April 2025.

W. STEPHEN MULDROW
United States Attorney

S/Emelina M. Agrait-Barreto
Emelina M. Agrait-Barreto
USDC PR No. 301004
Assistant US Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon St.
San Juan, P.R. 00918

Granted.
4/3/25